40 P.3d 972

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

December 27, 2001

| | | |
|---|---|---|
| 23105 | State v. Augustin | Affirmed |

**January 9, 2002**

| | | |
|---|---|---|
| 23669 | State v. Shinyama | Vacated and Remanded |

**January 18, 2002**

| | | |
|---|---|---|
| 23492 | State v. Valmoja | Affirmed |

**January 25, 2002**

| | | |
|---|---|---|
| 23936 | State v. Renaud | Affirmed |